# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00426-RJC-DSC

| | |
|---|---|
| MARY ANN STALLINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SHOOK & FLETCHER INSULATION ) | |
| CO. AND SEAN ROBERT FOWLER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Daniel B. White and James A. Bradshaw]" (documents # 11 and 12) filed September 4, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 4, 2019

David S. Cayer
United States Magistrate Judge