# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00426-RJC-DSC

| | |
|---|---|
| MARY ANN STALLINGS, )<br>)<br>Plaintiff, )<br>)    **ORDER**<br>v. )<br>)<br>SHOOK & FLETCHER INSULATION )<br>CO. AND SEAN ROBERT FOWLER, )<br>)<br>Defendants. ) | |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for Robert F. Goings]" (document # 14) filed September 6, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 6, 2019

*[signature]*

David S. Cayer
United States Magistrate Judge